IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kurt Bodi, *on behalf of himself and all others similarly situated*,

    Plaintiff,

-vs-

Phoenix Technologies International, LLC,

    Defendant.

Case No. 3:25 CV 358

O R D E R

JUDGE JACK ZOUHARY

    Initial Zoom Conference held on April 1, 2025.  Counsel present: Kevin McDermott, Ryan Winters, and Dan Bryant for Plaintiff; Dallas Kratzer and Nelva Smith for Defendant.

    Counsel are exchanging documents and plan to hold preliminary discussions.  Brief Joint Status Report due by **Thursday, May 15, 2025**.

    IT IS SO ORDERED.

                                      s/ *Jack Zouhary*
                                      JACK ZOUHARY
                                      U. S. DISTRICT JUDGE

                                      April 3, 2025