# EXHIBIT A

## CONSENT TO JOIN AND PARTICIPATE AS OPT-IN PLAINTIFF

I understand that a lawsuit or other legal action is being filed against my current or former employer, believed to be known as Phoenix Technologies International, LLC and any related entities, officers, agents, parent corporations, subsidiaries, joint employers, owner(s), enterprise(s), and representatives to recover alleged unpaid wages, other compensation, and other damages and relief available under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, in addition to claims under applicable state laws. I hereby consent and agree and opt-in to become a plaintiff class member. I hereby agree to be bound by any adjudication of this action, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved as fair, adequate, and reasonable.

Date: 04/30/2025

*[signature]* (Apr 30, 2025 16:03 EDT)
SIGNATURE

Kamryn Branson
NAME (Please Print Clearly)