## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **KURT BODI**, | ) | Case No. 3:25-cv-358 |
| *on behalf of himself and all others* | ) | |
| *similarly situated,* | ) | Judge Jack Zouhary |
| | ) | |
| Named Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **PHOENIX TECHNOLOGIES** | ) | |
| **INTERNATIONAL, LLC**, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's April 3, 2025, Initial Status Conference Order (ECF No. 9), Named Plaintiff Kurt Bodi and Defendant Phoenix International Technologies, LLC ("Defendant") (collectively, "Parties") jointly state as follows:

Following the Court's April 3, 2025 Order, the Parties have agreed to engage in preliminary settlement discussions with respect to the current or former hourly, non-exempt workers at any of Defendant's manufacturing/production facilities who during the period of February 21, 2022 to the present worked 40 or more hours and either (a) was not paid for a meal period or (b) received one or more forms of additional compensation in addition to the base hourly wage (the "Putative Class Members"). Defendant is in the process of retrieving payroll and corresponding time punch data/records in Microsoft Excel format, among other targeted business documents, for the Putative Class Members and anticipates that they will be produced on or before June 13, 2025. Thereafter, the Parties will exchange their respective legal and factual positions, settlement proposals, and attempt in good faith to reach a resolution of the Putative Class Members' wage and hour claims. To facilitate such discussions and to preserve the statutes of limitations for the Putative Class

Members, the Parties have entered into a tolling agreement beginning February 21, 2022 through the date upon which the Parties reach a resolution or settlement discussions break down.

In the light of the Parties' agreement as set forth above, the Parties respectfully request that they be granted leave to file a further status report within sixty (60) days hereof. The Parties represent that good cause exists for their request because it will allow the Parties a brief period of time to review and evaluate the agreed upon records and their respective legal and factual positions, and to engage in good faith settlement communication.

Respectfully submitted,

Joseph F. Scott (0029780) (Trial Attorney)
Ryan A. Winters (0086917)
Kevin M. McDermott II (0090455)
**SCOTT & WINTERS LAW FIRM, LLC**
P: (216) 912-2221     F: (440) 846-1625
11925 Pearl Rd., Suite 308
Strongsville, Ohio 44136
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com

*/s/ Daniel I. Bryant*
Daniel I. Bryant (0090859) (Trial Attorney)
**BRYANT LEGAL, LLC**
4400 N. High St., Suite 310
Columbus, OH  43214
Telephone: (614) 704-0546
Facsimile:  (614) 573-9826
Email: dbryant@bryantlegalllc.com

Esther E. Bryant (00966629)
**BRYANT LEGAL, LLC**
3450 W. Central Ave., Suite 370
Toledo, OH  43606
Telephone:  (419) 824-4439
Facsimile:  (419) 932-6719
Email: ebryant@bryantlegalllc.com

*/s/ Nelva J. Smith*
Nelva J. Smith (OH #0083594)
Dallas F. Kratzer III (OH #0099331)
STEPTOE & JOHNSON PLLC
41 South High Street, Suite 2200
Columbus, Ohio 43215
Telephone: (614) 456-1656
Fax: (614) 221-0952
Nelva.smith@steptoe-johnson.com
Dallas.kratzer@steptoe-johnson.com

*Counsel for Defendant*
*Phoenix Technologies International LLC*

*Attorneys for Named Plaintiff and Other*
*Members of the proposed FLSA Collective and*
*proposed Ohio Class Counsel*

## CERTIFICATE OF SERVICE

      This is to certify that on this 15th day of May 2025 a true and correct copy of the foregoing was electronically filed with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel I. Bryant*
Daniel I. Bryant (0090859)