# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **KURT BODI**, *on behalf of himself and all others similarly situated,* | ) Case No. 3:25-cv-358 <br> ) <br> ) Judge Jack Zouhary |
| Named Plaintiff, | ) |
| v. | ) |
| **PHOENIX TECHNOLOGIES INTERNATIONAL, LLC**, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's May 20, 2025, [non-document] Order approving the Joint Status Report (ECF No. 13), Named Plaintiff Kurt Bodi and Defendant Phoenix International Technologies, LLC ("Defendant") (collectively, "Parties") jointly state as follows:

On June 13, 2025, Defendant produced time punch and corresponding payroll data for Defendant's current or former hourly, non-exempt workers at any of Defendant's manufacturing/production facilities who during the period of February 21, 2022 to the present worked 40 or more hours and either (a) was not paid for a meal period or (b) received one or more forms of additional compensation in addition to the base hourly wage (the "Putative Class Members").

Plaintiff's counsel is in the process of reviewing it for purposes of constructing a damages model so that the Parties may commence preliminary settlement communication. To facilitate such discussions, the Parties are requesting leave to submit a joint status report within forty-five (45) days because they simply need more time to engage in good faith settlement discussions.

1

Respectfully submitted,

Joseph F. Scott (0029780) (Trial Attorney)
Ryan A. Winters (0086917)
Kevin M. McDermott II (0090455)
**SCOTT & WINTERS LAW FIRM, LLC**
P: (216) 912-2221     F: (440) 846-1625
11925 Pearl Rd., Suite 308
Strongsville, Ohio 44136
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com

*/s/ Daniel I. Bryant*
Daniel I. Bryant (0090859) (Trial Attorney)
**BRYANT LEGAL, LLC**
4400 N. High St., Suite 310
Columbus, OH  43214
Telephone: (614) 704-0546
Facsimile:  (614) 573-9826
Email:  dbryant@bryantlegalllc.com

Esther E. Bryant (00966629)
**BRYANT LEGAL, LLC**
3450 W. Central Ave., Suite 370
Toledo, OH  43606
Telephone:  (419) 824-4439
Facsimile:  (419) 932-6719
Email:  ebryant@bryantlegalllc.com

*Attorneys for Named Plaintiff and Other Members of the proposed FLSA Collective and proposed Ohio Class Counsel*

*/s/ Nelva J. Smith*
Nelva J. Smith (OH #0083594)
Dallas F. Kratzer III (OH #0099331)
STEPTOE & JOHNSON PLLC
41 South High Street, Suite 2200
Columbus, Ohio 43215
Telephone: (614) 456-1656
Fax: (614) 221-0952
Nelva.smith@steptoe-johnson.com
Dallas.kratzer@steptoe-johnson.com

*Counsel for Defendant*
*Phoenix Technologies International LLC*

## **CERTIFICATE OF SERVICE**

    This is to certify that on this 15th day of July 2025 a true and correct copy of the foregoing was electronically filed with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              */s/ Daniel I. Bryant*
                              Daniel I. Bryant (0090859)