UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **KURT BODI**, *on behalf of himself and all others similarly situated,* <br><br> Named Plaintiff, <br><br> v. <br><br> **PHOENIX TECHNOLOGIES INTERNATIONAL, LLC**, <br><br> Defendant. | Case No. 3:25-cv-358 <br><br> Judge Jack Zouhary |

## JOINT STATUS REPORT

Pursuant to the Court's May 20, 2025, [non-document] Order approving the Joint Status Report (ECF No. 13), Named Plaintiff Kurt Bodi and Defendant Phoenix International Technologies, LLC ("Defendant") (collectively, "Parties") jointly state as follows:

On June 13, 2025, Defendant produced time punch and corresponding payroll data for Defendant's current or former hourly, non-exempt workers at any of Defendant's manufacturing/production facilities who, during the period of February 21, 2022 to the present, worked 40 or more hours and either (a) was not paid for a meal period or (b) received one or more forms of additional compensation in addition to the base hourly wage (the "Putative Class Members"). In addition, on August 21, 2025, Defendant provided important supplemental information necessary for Plaintiff to complete its damages analysis of the records provided, including with respect to Defendant's timekeeping, meal period, and time rounding practices.

Plaintiff's counsel is in the continued process of reviewing the data provided for purposes of constructing a damages model so that the Parties may commence preliminary settlement communication. Plaintiff's counsel anticipates finalizing its review and initiating discussions in

1

the next thirty (30) days. To allow for facilitation of such discussions, the Parties are requesting leave to submit a joint status report within sixty (60) days because they simply need more time to engage in good faith settlement discussions.

Respectfully submitted,

*/s/ Ryan A. Winters (vie email consent 08/29/25)*
Joseph F. Scott (0029780) (Trial Attorney)
Ryan A. Winters (0086917)
Kevin M. McDermott II (0090455)
**SCOTT & WINTERS LAW FIRM, LLC**
P: (216) 912-2221   F: (440) 846-1625
11925 Pearl Rd., Suite 308
Strongsville, Ohio 44136
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com


Daniel I. Bryant (0090859) (Trial Attorney)
**BRYANT LEGAL, LLC**
4400 N. High St., Suite 310
Columbus, OH  43214
Telephone: (614) 704-0546
Facsimile:  (614) 573-9826
Email: dbryant@bryantlegalllc.com

Esther E. Bryant (00966629)
**BRYANT LEGAL, LLC**
3450 W. Central Ave., Suite 370
Toledo, OH  43606
Telephone:  (419) 824-4439
Facsimile:  (419) 932-6719
Email: ebryant@bryantlegalllc.com

*Attorneys for Named Plaintiff and Other Members of the proposed FLSA Collective and proposed Ohio Class Counsel*

*/s/ Nelva J. Smith*
Nelva J. Smith (OH #0083594)
Dallas F. Kratzer III (OH #0099331)
STEPTOE & JOHNSON PLLC
41 South High Street, Suite 2200
Columbus, Ohio 43215
Telephone: (614) 456-1656
Fax: (614) 221-0952
Nelva.smith@steptoe-johnson.com
Dallas.kratzer@steptoe-johnson.com

*Counsel for Defendant*
*Phoenix Technologies International LLC*

2

**CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of August 2025 a true and correct copy of the foregoing was electronically filed with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Nelva J. Smith*
Nelva J. Smith (OH #0083594)